# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOMASIK, PAUL J. | § | Case No. 15-34366 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/08/2015 . The undersigned trustee was appointed on 10/08/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $     17,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 21.54 |
   | Bank service fees | 136.88 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]        $ | 16,841.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  08/01/2016  and the deadline for filing governmental claims was  08/01/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,450.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,450.00 , for a total compensation of $ 2,450.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/25/2017                    By: /s/R. SCOTT ALSTERDA
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 15-34366 JSB | Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | TOMASIK, PAUL J. | | Date Filed (f) or Converted (c): | 10/08/15 (f) |
| | | | 341(a) Meeting Date: | 11/13/15 |
| For Period Ending: | 05/25/17 | | Claims Bar Date: | 08/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account held by Chase Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Savings account held by Chase Bank | 50.00 | 0.00 | | 0.00 | FA |
| 3. Business checking account held by PNC Bank | 30.00 | 0.00 | | 0.00 | FA |
| 4. Term life insurance policy held by Mutual of Omaha | 0.00 | 0.00 | | 0.00 | FA |
| 5. Term life insurance policy held by Transamerica Li | 0.00 | 0.00 | | 0.00 | FA |
| 6. 100% shareholder of Thorton Motion, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Ford Taurus with 170k miles, poor condition | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Toyota Sienna with 145k miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. Thornton Motion, Inc. Receivable (u) | 0.00 | 17,000.00 | | 17,000.00 | FA |

TOTALS (Excluding Unknown Values)     $7,080.00     $17,000.00     $17,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Settlement with P. Tomasik and Thornton Motion on funds owed to Debtor was approved and the Debtor has made all of

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 20.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-34366   JSB   Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMASIK, PAUL J. | Date Filed (f) or Converted (c): | 10/08/15 (f) |
| | | 341(a) Meeting Date: | 11/13/15 |
| | | Claims Bar Date: | 08/01/16 |

the installment payments.

2. The Trustee has employed a tax accountant and the final tax returns have been filed.

Initial Projected Date of Final Report (TFR): 06/30/17         Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-34366 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMASIK, PAUL J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2804 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | |
| For Period Ending: | 05/25/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 3,800.00 | | 3,800.00 |
| 06/28/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 4,900.00 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,890.00 |
| 07/29/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 5,990.00 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 09/01/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 7,080.00 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,070.00 |
| 09/20/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 8,170.00 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.65 | 8,159.35 |
| | | | Page Subtotals | | 8,200.00 | 40.65 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 15-34366 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMASIK, PAUL J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2804  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | | |
| For Period Ending: | 05/25/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 9,259.35 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.45 | 9,246.90 |
| 11/28/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 10,346.90 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.41 | 10,333.49 |
| 12/27/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 11,433.49 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.57 | 11,417.92 |
| 01/26/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 12,517.92 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.24 | 12,500.68 |
| 02/10/17 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 4.54 | 12,496.14 |
| | | | Page Subtotals | | 4,400.00 | 63.21 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                                                                           Ver: 20.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 15-34366 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMASIK, PAUL J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2804  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | | |
| For Period Ending: | 05/25/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 13,596.14 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.84 | 13,579.30 |
| 03/21/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 14,679.30 |
| 04/07/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion | 1221-000 | 1,100.00 | | 15,779.30 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.72 | 15,758.58 |
| 04/27/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 16,858.58 |
| 05/15/17 | 030002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 2016 IL-1041-V | 2820-000 | | 17.00 | 16,841.58 |

Page Subtotals     4,400.00     54.56

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 15-34366 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | TOMASIK, PAUL J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2804 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | | |
| For Period Ending: | 05/25/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,000.00 | 158.42 | 16,841.58 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,000.00 | 158.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,000.00 | 158.42 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - *******2804 | | 17,000.00 | 158.42 | 16,841.58 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 17,000.00 | 158.42 | 16,841.58 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ R. SCOTT ALSTERDA   Date: 05/25/17
R. SCOTT ALSTERDA

Page Subtotals   0.00   0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 25, 2017 |

Case Number:   15-34366
Debtor Name:   TOMASIK, PAUL J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $2,450.00 | $0.00 | $2,450.00 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $4,326.00 | $0.00 | $4,326.00 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $156.98 | $0.00 | $156.98 |
| 001<br>3410-00 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601 | Administrative | | $892.50 | $0.00 | $892.50 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62726-9053 | Administrative | | $17.00 | $17.00 | $0.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $4.54 | $4.54 | $0.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $2,221.47 | $0.00 | $2,221.47 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,261.51 | $0.00 | $2,261.51 |
| 000003<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $17,166.04 | $0.00 | $17,166.04 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $13,482.62 | $0.00 | $13,482.62 |
| | Case Totals: | | | $42,978.66 | $21.54 | $42,957.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-34366
Case Name: TOMASIK, PAUL J.
Trustee Name: R. SCOTT ALSTERDA

| | | |
|---|---|---:|
| Balance on hand | $ | 16,841.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 4,326.00 | $ 0.00 | $ 4,326.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 156.98 | $ 0.00 | $ 156.98 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 892.50 | $ 0.00 | $ 892.50 |
| Other: International Sureties, Ltd. | $ 4.54 | $ 4.54 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 17.00 | $ 17.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,825.48 |
| Remaining Balance | $ 9,016.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,131.64  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 2,221.47 | $ 0.00 | $ 570.11 |
| 000002 | Capital One Bank (USA), N.A. | $ 2,261.51 | $ 0.00 | $ 580.39 |
| 000003 | American Express Bank FSB | $ 17,166.04 | $ 0.00 | $ 4,405.45 |
| 000004 | American Express Centurion Bank | $ 13,482.62 | $ 0.00 | $ 3,460.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,016.10 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE