UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  Paul J. Tomasik,                )
                                       )
                                       )   Bankruptcy No.  15-34366
                                       )
              Debtor.                  )   Chapter           7

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: R. Scott Alsterda, Chapter 7 Trustee

Authorized to Provide Professional Services to: R. Scott Alsterda, Chapter 7 Trustee

Date of Order Authorizing Employment: October 8, 2015 - Appointment

Period for Which Compensation is Sought:
From  October 8 , 2015  through  May 15 , 2017

Amount of Fees Sought: $ 2,450.00

Amount of Expense Reimbursement Sought: $ 0.00

This is an:  Interim Application _____   Final Application ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
|  |  |  |  |  |

Dated:  May 25, 2017                    R. Scott Alsterda, Chapter 7 Trustee
                                                      (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Paul J. Tomasik, | ) | Case No. 15-34366 |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance of $2,450.00 as compensation and $0.00 for expenses, no amount of which has previously been paid.

I.    **COMPUTATION OF COMPENSATION**

The Trustee performed at least 9.70 hours of services on behalf of the estate for the period from October 8, 2015 through May 15, 2017 with a value of $4,365.00, exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the time spent by the Trustee in this case exceeds the fee amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from October 8, 2015 through May 15, 2017 is attached hereto as Exhibit "B."

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---:|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | 1,200.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 | |
| **TOTAL COMPENSATION** | **$2,450.00** | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

DATE: May 25, 2017                    Respectfully Submitted

R. SCOTT ALSTERDA, TRUSTEE

/s/ R. Scott Alsterda

R. Scott Alsterda, Trustee
70 West Madison, Suite 3500
Chicago, IL 60602-4283
312-977-9203
rsalsterda@nixonpeabody.com

2