UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case 15-34366 |
| ) | Chapter 7 |
| PAUL J. TOMASIK, ) | Hon. Janet S. Baer |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

     I, the undersigned attorney, hereby certify that on June 12, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604<br>312-886-5785<br>USTPRegion11.ES.ECF@usdoj.gov | |
| **ATTORNEY:**<br>**Mark Steven Wheeler**<br>Law Offices of Mark Steven Wheeler<br>828 West Grace Street, Unit 2<br>Chicago, IL 60613 | **REPRESENTING:**<br>Paul J. Tomasik<br>605 North Williams Street<br>Thornton, IL 60476 |

and I hereby further certify that on June 12, 2017, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| **Paul J. Tomasik**<br>605 North Williams Street<br>Thornton, IL 60476 | **American Express**<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| **American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| **American Express Centurion Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | **Chase Card**<br>PO Box 15298<br>Wilmington, DE 19850 |

4849-4603-7578.1

| | |
|---|---|
| **American InfoSource LP as agent for** TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | **Kenneth L. Grisham** 1309 North Williams Street Joliet, IL 60435 |
| **Bank of America** PO Box 982235 El Paso, TX 79998-2235 | **PNC Bank** PO Box 856177 Louisville, KY 40285-6177 |
| **Bank of America** PO Box 982238 El Paso, TX 79998-2238 | **Target** PO Box 673 Minneapolis, MN 55440-0673 |
| **Capital One** PO Box 30285 Salt Lake City, UT 84130-0285 | **US Bank** PO Box 5229 Cincinnati, OH 45201 |
| **Capital One** Box 85520 Richmond, VA 23285 | **US Bank** PO Box 6353 Fargo, ND 58125-6353 |
| **Capital One** PO Box 71083 Charlotte, NC 28272 | **Wells Fargo Financial National Bank** PO Box 660431 Dallas, TX 75266 |
| **Chase** PO Box 15123 Wilmington, DE 19850-5123 | **Zwicker & Associates, P. C.** 7366 North Lincoln Ave., Suite 102 Lincolnwood, IL 60712 |

Dated: June 12, 2017

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Paul J. Tomasik, Debtor

/s/ R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.); (312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4849-4603-7578.1