# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOMASIK, PAUL J. | § | Case No. 15-34366 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 680.00                           Assets Exempt: 6,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  9,016.10        Claims Discharged
                                                   Without Payment:  246,370.80

Total Expenses of Administration:  7,983.90

---

3) Total gross receipts of $ 17,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 17,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,983.90 | 7,983.90 | 7,983.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 239,682.81 | 35,131.64 | 35,131.64 | 9,016.10 |
| **TOTAL DISBURSEMENTS** | $ 239,682.81 | $ 43,115.54 | $ 43,115.54 | $ 17,000.00 |

   4)  This case was originally filed under chapter 7 on  10/08/2015 .  The case was pending for 22 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  07/27/2017           By:/s/R. SCOTT ALSTERDA
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Thornton Motion, Inc. Receivable | 1221-000 | 17,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 2,450.00 | 2,450.00 | 2,450.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.54 | 4.54 | 4.54 |
| ASSOCIATED BANK | 2600-000 | NA | 136.88 | 136.88 | 136.88 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 17.00 | 17.00 | 17.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 4,326.00 | 4,326.00 | 4,326.00 |
| NIXON PEABODY LLP | 3120-000 | NA | 156.98 | 156.98 | 156.98 |
| KUTCHINS, ROBBINS & DIAMOND LTD. | 3410-000 | NA | 892.50 | 892.50 | 892.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,983.90 | $ 7,983.90 | $ 7,983.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 0001 Los Angeles, CA 90096-8000 | | 13,482.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 2,555.50 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 6,688.64 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 1,357.39 | NA | NA | 0.00 |
| | Bank of America PO Box 982238 El Paso, TX 79998-2238 | | 2,066.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982238 El Paso, TX 79998-2238 | | 9,966.68 | NA | NA | 0.00 |
| | Chase Card PO Box 15298 Wilmington, DE 19850 | | 7,115.00 | NA | NA | 0.00 |
| | Chase PO Box 15123 Wilmington, DE 19850-5123 | | 4,917.12 | NA | NA | 0.00 |
| | Chase PO Box 15123 Wilmington, DE 19850-5123 | | 1,135.33 | NA | NA | 0.00 |
| | Chase PO Box 15123 Wilmington, DE 19850-5123 | | 1,181.10 | NA | NA | 0.00 |
| | Chase PO Box 15123 Wilmington, DE 19850-5123 | | 4,470.00 | NA | NA | 0.00 |
| | Kenneth L. Grisham 1309 North Williams Street Joliet, IL 60435 | | 4,500.00 | NA | NA | 0.00 |
| | Merrick Bank | | 1,652.13 | NA | NA | 0.00 |
| | PNC Bank PO Box 856177 Louisville, KY 40285-6177 | | 8,133.49 | NA | NA | 0.00 |
| | PNC Bank PO Box 856177 Louisville, KY 40285-6177 | | 10,249.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank PO Box 856177 Louisville, KY 40285-6177 | | 15,953.33 | NA | NA | 0.00 |
| | Target PO Box 673 Minneapolis, MN 55440-0673 | | 2,240.38 | NA | NA | 0.00 |
| | US Bank PO Box 6353 Fargo, ND 58125-6353 | | 9,067.04 | NA | NA | 0.00 |
| | Wells Fargo Financial National Bank PO Box 660431 Dallas, TX 75266 | | 30,242.54 | NA | NA | 0.00 |
| | Wells Fargo Financial National Bank PO Box 660431 Dallas, TX 75266 | | 83,281.88 | NA | NA | 0.00 |
| | Zwicker & Associates, P. C. 7366 North Lincoln Ave., Suite 102 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS BANK FSB | 7100-000 | 17,166.04 | 17,166.04 | 17,166.04 | 4,405.45 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 13,482.62 | 13,482.62 | 3,460.15 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,221.47 | 2,221.47 | 570.11 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,261.51 | 2,261.51 | 2,261.51 | 580.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 239,682.81 | $ 35,131.64 | $ 35,131.64 | $ 9,016.10 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-34366    JSB    Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMASIK, PAUL J. | Date Filed (f) or Converted (c): | 10/08/15 (f) |
| | | 341(a) Meeting Date: | 11/13/15 |
| For Period Ending: | 07/27/17 | Claims Bar Date: | 08/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account held by Chase Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Savings account held by Chase Bank | 50.00 | 0.00 | | 0.00 | FA |
| 3. Business checking account held by PNC Bank | 30.00 | 0.00 | | 0.00 | FA |
| 4. Term life insurance policy held by Mutual of Omaha | 0.00 | 0.00 | | 0.00 | FA |
| 5. Term life insurance policy held by Transamerica Li | 0.00 | 0.00 | | 0.00 | FA |
| 6. 100% shareholder of Thorton Motion, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Ford Taurus with 170k miles, poor condition | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Toyota Sienna with 145k miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. Thornton Motion, Inc. Receivable (u) | 0.00 | 17,000.00 | | 17,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $7,080.00 | $17,000.00 | | $17,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Settlement with P. Tomasik and Thornton Motion on funds owed to Debtor was approved and the Debtor has made all of

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 20.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-34366    JSB    Judge: JANET S. BAER | Trustee Name:    R. SCOTT ALSTERDA |
| Case Name: | TOMASIK, PAUL J. | Date Filed (f) or Converted (c):    10/08/15 (f) |
| | | 341(a) Meeting Date:    11/13/15 |
| | | Claims Bar Date:    08/01/16 |

the installment payments.

2. The Trustee has employed a tax accountant and the final tax returns have been filed.

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-34366 -JSB |
| Case Name: | TOMASIK, PAUL J. |
| Taxpayer ID No: | *******3879 |
| For Period Ending: | 07/27/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2804 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 3,800.00 | | 3,800.00 |
| 06/28/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 4,900.00 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,890.00 |
| 07/29/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 5,990.00 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 09/01/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 7,080.00 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,070.00 |
| 09/20/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 8,170.00 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.65 | 8,159.35 |
| | | | Page Subtotals | | 8,200.00 | 40.65 | |

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34366 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | TOMASIK, PAUL J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2804 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | |
| For Period Ending: | 07/27/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 9,259.35 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.45 | 9,246.90 |
| 11/28/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 10,346.90 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.41 | 10,333.49 |
| 12/27/16 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 11,433.49 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.57 | 11,417.92 |
| 01/26/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 12,517.92 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.24 | 12,500.68 |
| 02/10/17 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 4.54 | 12,496.14 |

Page Subtotals   4,400.00   63.21

Ver: 20.00b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-34366 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMASIK, PAUL J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2804  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | |
| For Period Ending: | 07/27/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 13,596.14 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.84 | 13,579.30 |
| 03/21/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 14,679.30 |
| 04/07/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion | 1221-000 | 1,100.00 | | 15,779.30 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.72 | 15,758.58 |
| 04/27/17 | 9 | Paul Tomasik<br>605 N. Williams<br>Thornton, IL 60476 | Settlement Funds Thornton Motion AR | 1221-000 | 1,100.00 | | 16,858.58 |
| 05/15/17 | 030002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 2016 IL-1041-V | 2820-000 | | 17.00 | 16,841.58 |
| 07/11/17 | 030003 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 2,450.00 | 14,391.58 |
| 07/11/17 | 030004 | Nixon Peabody LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,326.00 | 10,065.58 |
| | | | Page Subtotals | | 4,400.00 | 6,830.56 | |

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34366 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMASIK, PAUL J. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2804  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 |  |  |
| For Period Ending: | 07/27/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 70 West Madison Street Suite 3500 Chicago, IL 60602 |  |  |  |  |  |
| 07/11/17 | 030005 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 |  | 156.98 | 9,908.60 |
| 07/11/17 | 030006 | Kutchins, Robbins & Diamond, Ltd. c/o Lois West 35 East Wacker Drive, Suite 1550 Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 |  | 892.50 | 9,016.10 |
| 07/11/17 | 030007 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 25.66364% | 7100-000 |  | 570.11 | 8,445.99 |
| 07/11/17 | 030008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 25.66383% | 7100-000 |  | 580.39 | 7,865.60 |
| 07/11/17 | 030009 | American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000003, Payment 25.66375% | 7100-000 |  | 4,405.45 | 3,460.15 |

Page Subtotals        0.00        6,605.43

Ver: 20.00b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34366 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMASIK, PAUL J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2804 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3879 | | |
| For Period Ending: | 07/27/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/11/17 | 030010 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 25.66378% | 7100-000 | | 3,460.15 | 0.00 |

```
                                              COLUMN TOTALS                    17,000.00      17,000.00           0.00
                                     Less:  Bank Transfers/CD's                     0.00           0.00
                                              Subtotal                          17,000.00      17,000.00
                                     Less:  Payments to Debtors                                     0.00
                                              Net                               17,000.00      17,000.00
                                                                                                   NET           ACCOUNT
                            TOTAL - ALL ACCOUNTS                         NET DEPOSITS      DISBURSEMENTS          BALANCE
             Checking Account (Non-Interest Earn - ********2804)          17,000.00          17,000.00             0.00
                                                                        ----------------  ----------------   ----------------
                                                                          17,000.00          17,000.00             0.00
                                                                        ================  ================   ================
                                                                        (Excludes Account (Excludes Payments   Total Funds
                                                                          Transfers)         To Debtors)         On Hand
```

/s/ R. SCOTT ALSTERDA

Trustee's Signature: _____ Date: 07/27/17

R. SCOTT ALSTERDA

Page Subtotals 0.00 3,460.15

Ver: 20.00b